IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARRYL LEE MATHIS,
    Plaintiff,

vs.                                        Case No.: 3:18cv1570/LAC/EMT

WARDEN WILLIAM WOOD,
    Defendant.
_____/

**REPORT AND RECOMMENDATION**

    This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 28 U.S.C. § 1331 (ECF No. 1). By order of this court dated December 17, 2018, the court directed Plaintiff to advise the court as to whether he wished to continue litigating this case, as it was unclear to the court whether he wished to proceed with this action (*see* ECF No. 11). More specifically, the court provided Plaintiff twenty-one days to confirm his continued interest in this litigation by filing a notice to that effect or, alternatively, to file a notice of voluntary dismissal within the same time (*id*.).

    Plaintiff failed to respond to the court's order of December 17, timely or otherwise. Therefore, on January 15, 2019, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 12). The time for

compliance with the show cause order has now elapsed, and Plaintiff has failed to respond in any manner.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 22nd day of February 2019.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.